# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff | : | No. 1:16-cv-02225 |
| | : | |
| | : | (Judge Kane) |
| | : | |
| KAREN L. BICKINGS, | : | |
| Defendant | : | |

## ORDER

**AND NOW**, on this 15th day of September 2017, upon consideration of Plaintiff's Motion for Service by Posting Property and Certified Mail (Doc. No. 5), **IT IS ORDERED THAT** Plaintiff's motion is **GRANTED**.

**IT IS FURTHER ORDERED THAT** the Summons and Complaint in Mortgage Foreclosure be served on the Defendant by Plaintiff or its agent by posting a copy of the Summons and Complaint in Mortgage Foreclosure on the property to be foreclosed in accordance with Federal Rule of Civil Procedure 4(e)(1), Pennsylvania Rule of Civil Procedure 430(a), and Pennsylvania Rule of Civil Procedure 410(c)(2), and by regular and certified mail to the Defendant's last known address.  Service shall be completed upon posting or upon mailing, whichever occurs later.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania