# UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

CASE and/or DOCKET No.: 16-02225

Sheriff's Sale Date: _____

V.

KAREN L. BICKINGS, ET AL,
Defendant (Respondent)

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: ORDER, SUMMONS AND COMPLAINT**

I, JEFFREY CLOHESSY, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served KAREN L. BICKINGS the above process on the 20 day of September, 2017, at 12:50 o'clock, PM, at 5295 EAST BERLIN ROAD EAST BERLIN, PA 17316, County of Adams, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____  2) _____  3) _____

Commonwealth/State of _Pa_ )
) SS:
County of _Berks_ )

Before me, the undersigned notary public, this day, personally, appeared _Jeffrey Clohessy_ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-163192
Case ID #: 4989770

Subscribed and sworn to before me this _21_ day of _Sept_, 20_17_

_____
COMMONWEALTH OF PENNSYLVANIA Notary Public
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017

PCO - BA

## USPS Manifest Mailing System

Page 1

| Mailer's Name & Address<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | Permit Number<br>123 | MAC Ver. Number<br>ConnectShip Progistics 6.5 |
|---|---|---|
| | Sequence Number<br>7012-1 | Class of Mail<br>Mixed |

| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES Type | Postage | ES Fee | Insurance Amount | Due/ Sender | Total Charge |
|---|---|---|---|---|---|---|---|
| 9171999991703830663710<br>9171999991703830663710 | BICKINGS, KAREN L.<br>5295 East Berlin Road<br>East Berlin, PA 17316 | <br>ERR<br>C | 0.925 | <br>1.40<br>3.45 | | | 5.78 |

| Page Totals | 1 | | 0.93 | 4.85 | | | 5.78 |
| Cumulative Totals | 1 | | 0.93 | 4.85 | | | 5.78 |

USPS CERTIFICATION

Total Number Of Pieces Received _____

_____     Round Stamp _____

Signature of Receiving Employee

PS Form 3877 (Facsimile)     Extra Service Codes:
C     Certified
ERR     Return Receipt



| Name and Address of Sender<br>KML LAW GROUP, P.C.<br>SUITE 5000<br>701 MARKET STREET<br>PHILADELPHIA, PA<br>19106-1532 | Check type of mail or service:<br>☐ Certified ☐ Recorded Delivery (International)<br>☐ COD ☐ Registered<br>☐ Delivery Confirmation ☐ Return Receipt for Merchandise<br>☐ Express Mail ☐ Signature Confirmation<br>☐ Insured | | | | | | | | | | Affix Stamp Here<br>(If issued as a<br>certificate of mailing,<br>or for additional copies<br>of this bill)<br>Postmark and<br>Date of Receipt |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
| 1. | | | | | | | | | | | | | |
| 2. | | | | | | | | | | | | | |
| 3. | TO | KAREN BICKINGS<br>BICKINGS, KAREN L.<br>5295 East Berlin Road<br>East Berlin, PA 17316 | | | | | | | | | | | |
| 4. | | | | | | | | | | | | | |
| 5. | | | | | | | | | | | | | |
| 6. | | | | | | | | | | | | | |
| 7. | | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | | |

| Total Number of Pieces Listed by Sender | Total Number of Pieces Received at Post Office | Postmaster, Per (Name of receiving employee) | See Privacy Act Statement on Reverse |
|---|---|---|---|

PS Form **3877**, February 2002 (Page 1 of 2)   Complete by Typewriter, Ink, or Ball Point Pen

USA-163192   York County   Sale Date:

KAREN L BICKINGS

RCO - B. Augustin

USPS CONTINENTAL STATION SEP 18 2017 PHILA, PA. 19106

U.S. POSTAGE PITNEY BOWES
ZIP 19106 $001.35
0001391529 SEP 18 2017