UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
        Plaintiff

v.

KAREN L BICKINGS
        Defendant

Civil Action No: 16-02225

## DEFAULT

AND NOW, this 18th day of October, 2017, default is hereby entered against Defendant, KAREN L BICKINGS for failure to answer, plead or otherwise defend against the Complaint, pursuant to Federal Rule of Civil Procedure 55(a).

Peter J. Welsh, Acting
_____
Clerk, U.S. District Court

_____
Deputy Clerk